No. 507, Misc.  HUGHES *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  *Robert S. Rifkind* for petitioner.  *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States.

No. 207, Misc.  CHANEY *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.  *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Leonard H. Dickstein* for the United States.

No. 374, Misc.  CURRY *v.* OHIO.  Sup. Ct. Ohio.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.  *Lawrence Herman* for petitioner.

No. 104, Misc.  CONKLIN *v.* WAINWRIGHT, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted, judgment of the United States Court of Appeals vacated, and case remanded to that court for a ruling on the merits.  *Earl Faircloth,* Attorney General of Florida, and *James McGuirk,* Assistant Attorney General, for respondent.

No. 434, Misc.  DOMINGUEZ *v.* UNITED STATES; and
No. 436, Misc.  CHAVEZ *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.  THE CHIEF JUSTICE took no part in the consideration or decision of these petitions.  *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States in both cases.  Reported below: 407 F. 2d 349.